1  R. Bradford Huss, No. 71303
   TRUCKER ✦ HUSS
2  A Professional Corporation
   135 Main Street, 9th Floor
3  San Francisco, CA  94105
   Telephone:    (415) 788-3111
4  Facsimile:     (415) 421-2017
   E-mail:bhuss@truckerhuss.com
5
   Brian D. Murray, No. 294100
6  TRUCKER ✦ HUSS
   A Professional Corporation
7  15760 Ventura Boulevard, Suite 910
   Encino, CA  91436
8  Telephone:    (213) 537-1060
   Facsimile:     (213) 537-1020
9  E-mail:bmurray@truckerhuss.com

10 Attorneys for Defendants
   VALLEY CHILDREN'S HOSPITAL
11 EMPLOYEE HEALTH CARE PLAN;
   VALLEY CHILDREN'S HOSPITAL

12

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16                          FRESNO DIVISION

17

18 NOEL NETZHAMMER,                          Case No. 1:23-cv-01024-ADA-BAM

19                    Plaintiff,             **ORDER GRANTING STIPULATION TO
                                             EXTEND TIME FOR DEFENDANTS TO
20        vs.                                RESPOND TO PLAINTIFF'S COMPLAINT**

21 VALLEY CHILDREN'S HOSPITAL
   EMPLOYEE HEALTH CARE PLAN;
22 VALLEY CHILDREN'S HOSPITAL,

23                    Defendants.

24

25

26

27

28
                                                                              -1-

Trucker ✦ Huss
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, California 94105

Plaintiff Noel Netzhammer ("Plaintiff") and Defendants Valley Children's Hospital Employee Health Care Plan and Valley Children's Hospital (together, "Defendants") having stipulated thereto and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the last day for Defendants to answer or otherwise respond to Plaintiff's Complaint is continued from October 6, 2023 to November 6, 2023.

IT IS SO ORDERED.

Dated:   **October 6, 2023**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
PLAINTIFF'S COMPLAINT; Case No: 1:23-cv-01024-ADA-BAM
**Error! Unknown document property name.**

Trucker ♦ Huss
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, California 94105