R. Bradford Huss, No. 71303
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA  94105
Telephone:     (415) 788-3111
Facsimile:     (415) 421-2017
E-mail:bhuss@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Boulevard, Suite 910
Encino, CA  91436
Telephone:     (213) 537-1060
Facsimile:     (213) 537-1020
E-mail:bmurray@truckerhuss.com

Attorneys for Defendants
VALLEY CHILDREN'S HOSPITAL
EMPLOYEE HEALTH CARE PLAN;
VALLEY CHILDREN'S HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NOEL NETZHAMMER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN; VALLEY CHILDREN'S HOSPITAL,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01024-ADA-BAM<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Status Conference**:　　　January 9, 2024<br>　　　　　　　　　　　　　　　　9:30 AM<br>　　　　　　　　　　　　Courtroom 8 (BAM) |

-1-

Plaintiff Noel Netzhammer ("Plaintiff") and Defendants Valley Children's Hospital Employee Health Care Plan and Valley Children's Hospital (together, "Defendants") having stipulated thereto and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the last day for Defendants to answer or otherwise respond to Plaintiff's Complaint is continued from November 6, 2023, to **December 6, 2023**.

Furthermore, considering the status of the case, the Status Conference set for December 5, 2023, is **CONTINUED to January 9, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At the status conference, the parties shall be prepared to discuss the status of the parties' settlement discussions and setting a Scheduling Conference, as well as any other issues. If the parties file a notice of settlement or if Plaintiff files her contemplated motion for attorney's fees prior to the conference, then the conference will be vacated. *See* Local Rule 160. The parties shall appear at the conference remotely with each party appearing either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **November 7, 2023**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; Case No: 1:23-cv-01024-ADA-BAM
**Error! Unknown document property name.**