R. Bradford Huss, No. 71303
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA  94105
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:bhuss@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Boulevard, Suite 910
Encino, CA  91436
Telephone:     (213) 537-1060
Facsimile:      (213) 537-1020
E-mail:bmurray@truckerhuss.com

Attorneys for Defendants
VALLEY CHILDREN'S HOSPITAL
EMPLOYEE HEALTH CARE PLAN;
VALLEY CHILDREN'S HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NOEL NETZHAMMER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN; VALLEY CHILDREN'S HOSPITAL,<br><br>                    Defendants. | Case No. 1:23-cv-01024-NODJ-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1  Plaintiff Noel Netzhammer ("Plaintiff") and Defendants Valley Children's Hospital Employee Health Care Plan and Valley Children's Hospital (together, "Defendants") having stipulated thereto and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the last day for Defendants to answer or otherwise respond to Plaintiff's Complaint is continued from December 6, 2023 to January 5, 2024.

IT IS SO ORDERED.

Dated:  **December 7, 2023**              /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE