UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL NETZHAMMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01024-NODJ-BAM<br><br>ORDER ON STIPULATION TO SET BRIEFING SCHEDULE TO CONTINUE HEARING DATE ON PLAINTIFF'S PENDING MOTION FOR ATTORNEY'S FEES<br><br>(ECF No. 19) |

Having reviewed the Parties' Stipulation to Set Briefing Schedule and to Continue Hearing Date on Plaintiff's Pending Motion for Attorney's Fees, the Court hereby orders as follows:

1. The hearing on Plaintiff's Motion for an Award of Attorneys Fees and Costs ("Motion") (ECF No. 14) shall remain vacated and shall be decided on the papers unless or until further order of the Court;

2. Defendant's response to Plaintiff's Motion shall be filed no later than February 8, 2024; and

3. Plaintiff's reply in support of her Motion, if any, shall be filed no later than February 22, 2024.

IT IS SO ORDERED.

DATED: January 3, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE