UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL NETZHAMMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01024-NODJ-BAM<br><br>ORDER ON STIPULATION TO SET BRIEFING SCHEDULE TO CONTINUE HEARING DATE ON PLAINTIFF'S PENDING MOTION FOR ATTORNEY'S FEES<br><br>(ECF No. 21) |

Having reviewed the Parties' Stipulation to Set Briefing Schedule and to Continue Hearing Date on Plaintiff's Pending Motion for Attorney's Fees, the Court hereby orders as follows:

1. Defendant's response to Plaintiff's Motion shall be filed no later than March 7, 2024; and

2. Plaintiff's reply in support of her Motion, if any, shall be filed no later than March 21, 2024.

IT IS SO ORDERED.

DATED: February 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1